# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMADREZA HEMMATI, et al., | NO. CV 24-5620 FMO (MAAx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| MARCO RUBIO, et al., | |
| Defendants. | |

On July 9, 2025, the court issued an Order to Show Cause why this case should not be dismissed for mootness. A written response to the Order to Show Cause was ordered to be filed no later than July 15, 2025. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for mootness and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 17th day of July, 2025.

/s/
Fernando M. Olguin
United States District Judge