JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOHAMMADREZA HEMMATI, et al., | ) | NO. CV 24-5620 FMO (MAAx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MARCO RUBIO, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 17th day of July, 2025.

/s/
Fernando M. Olguin
United States District Judge